CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 3 0 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ANTHONY DACRE,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:12cv00055** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNNAMED DEFENDANTS,** | ) | **By: Samuel G. Wilson** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Dacre's motion for a preliminary injunction, (ECF No. 1) and motion for a temporary restraining order (ECF No. 10) are **DENIED without prejudice**;

(2) Dacre's motions for extensions of time (ECF No. 26, 27) are **DENIED**;

(3) Dacre's motion to amend his complaint (ECF No. 25) is **DENIED**;

(4) Dacre's petition for a writ of mandamus (ECF No. 21) is **DENIED**;

(5) Dacre's motion to amend his complaint (ECF No. 12) is **GRANTED** and all claims against defendants Hogge, Bryant, and Green are **DISMISSED without prejudice**; and

(6) the style of this action is changed to Anthony Dacre v. L. Fleming, et al.

The Clerk of the Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to Dacre.

**ENTER**: April 27, 2012.

UNITED STATES DISTRICT JUDGE